**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>         Defendant. | Case No. 20-cv-01085-MN |

**RYAN TOMLINSON AND CAROL RICHARDSON'S
<u>MOTION TO EXCEED PAGE LIMITS</u>**

On June 14, 2021, plaintiffs here ("*Gilmore* plaintiffs") filed a motion and suggestions in support of their Motion for Preliminary Approval of Class Action Settlement and for Certification of the Class for the Purposes of Settlement. D.I. 24, 25. The suggestions in support totaled **44 pages**. D.I. 25. Concurrently with this Motion, Ryan Tomlinson and Carol Richardson (hereinafter "*Tomlinson* plaintiffs") have filed a motion to intervene in this case for the limited purpose of addressing the proposed class action settlement. As part of that filing, *Tomlinson* plaintiffs have submitted suggestions in opposition to the motion for preliminary approval. *Tomlinson* plaintiffs file this motion to exceed page limits under Local Rule 7.1.3(4). In support of that request, *Tomlinson* plaintiffs state as follows:

  1.  This is a putative nationwide class action involving substantial damages.

  2.  *Gilmore* plaintiffs' motion to preliminary approval cites over 50 cases and totals 44 pages (exclusive of table of contents and table of authorities). Therein, *Gilmore* plaintiffs seek conditional certification of a nationwide class of purchasers of Roundup; preliminary approval of a nationwide class settlement; and approval of class notice and a notice plan. *Tomlinson* plaintiffs' opposition explains why *Gilmore* plaintiffs' motion should be denied in its entirety.

3. On June 14, 2021, the same day they filed their motion for preliminary approval, *Gilmore* plaintiffs filed an Unopposed Motion to Extend Page Limit, requesting that the page limits for their memorandum in support of preliminary approval "be extended from 20 pages to 50 pages, exclusive of any table of contents or table of citations." D.I. 31. The Court granted *Gilmore* plaintiffs' motion on June 15, 2021.

4. In order to fairly present their strong opposition to *Gilmore* plaintiffs' various arguments and to advise the Court of the factual background and appropriate legal authority, *Tomlinson* plaintiffs seek a similar enlargement of the page limits from 20 pages to 45 pages.

5. In accordance with Local Rule 7.1.1, counsel for *Tomlinson* plaintiffs hereby certify that they have conferred with counsel for *Gilmore* plaintiffs and counsel for Monsanto, but both parties have stated that they will not take a position on this Motion.

For these reasons, *Tomlinson* plaintiffs request leave to file suggestions in opposition to *Gilmore* plaintiffs' motion for preliminary approval that does not exceed a total of 45 pages (exclusive of table of contents and table of authorities).

Dated: June 28, 2021							Respectfully submitted,

                                                    */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Patrick J. Stueve, Mo. Bar #37682 (*pro hac* forthcoming)
Todd E. Hilton, Mo. Bar #51388 (*pro hac* forthcoming
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hilton@stuevesiegel.com
stueve@stuevesiegel.com

Don M. Downing, Mo. Bar #30405 (*pro hac* forthcoming)
Gretchen A. Garrison, Mo. Bar #33963 (*pro hac* forthcoming)
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com

*Attorneys for Proposed Intervenors*

**SO ORDERED** this ____ day of _____, 2021.

                                                   _____
                                                   United States District Court Judge