IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCOTT GILMORE, et al., | § | Case No. 20-cv-1085-MN |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| MONSANTO COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF APPEARANCE OF DAVID W. deBRUIN FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S JURISDICTION OVER POTENTIAL INTERVENORS GARY BROWN AND PATRICIA GODSEY**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David W. deBruin of the law firm Gathrop Greenwood, PC, who is admitted to practice and in good standing in this Court, hereby enters an appearance in the above-captioned case on behalf of potential intervenors Gary Brown and Patricia Godsey for the limited and sole purpose of challenging the Court's jurisdiction over Mr. Brown and Ms. Godsey and their counsel. Mr. deBruin respectfully requests that all pleadings, notices, orders, correspondence, and any other papers in connection with this action be served upon him at the below address.

Dated: September 21, 2021                    Respectfully Submitted,


                                             /s/ *David deBruin*
                                             David deBruin (DE SBN: 4846)
                                             GAWTHROP GREENWOOD, PC
                                             3711 Kennett Pike, Suite 100
                                             Wilmington, DE 19807
                                             P: 302-777-5353
                                             ddebruin@gawthrop.com

N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com
S. Ann Saucer (LA SBN: 21368; TX: 00797885)
asaucer@fnlawfirm.com
Michael Gorwitz (MN SBN: 0400362)
mgorwitz@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Counsel of record for Movants Gary Brown and Patricia Godsey*

2