GILLIAN L. WADE (State Bar No. 229124)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiffs*

(*additional counsel listed on signature page*)

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel:  (202) 282-5000
Fax:  (202) 282-5100

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

*Attorneys for Defendant*

(*additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., | MDL No. 2741 |
| Plaintiffs, | Case No. 3:21-cv-08159 |
| vs. | **NOTICE OF WITHDRAWAL OF JOINT ADMINSTRATIVE MOTION TO SET SCHEDULE FOR BRIEFING ON PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND EXTEND THE PAGE LIMIT FOR CERTAIN BRIEFS** |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Local Rule 7-7(e), Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") and Defendant Monsanto Company ("Defendant) (collectively the "Parties") hereby provide notice that they are withdrawing their Joint Administrative Motion to Set Schedule for Briefing on Preliminary Approval of Proposed Class Action Settlement and Extend the Page Limit for Certain Briefs (Dkt. No. 68; MDL Dkt No. 14181) and their Stipulation Regarding Schedule For Briefing Motion For Preliminary Approval Of Proposed Class Action Settlement And Extension Of The Page Limit For Certain Briefs (Dkt. No. 67; MDL Dkt. No. 14179).

Based on the discussion at the November 10, 2021 Status Conference before this Court, The Parties intend to file next week a motion for a suggestion that this action be remanded back to the transferor court. While the Parties recognize that the remand decision lies within the sound discretion of the Court, the Parties respectfully submit that the matter was appropriately before the District of Delaware and, as it is fully briefed, the most efficient course is to allow the transferor court to entertain the motion for preliminary approval of the proposed nationwide settlement in this matter. If the Court ultimately exercises its discretion to retain the matter, the Parties will promptly propose a schedule for the additional briefing to address the then-applicable Ninth Circuit law and this Court's Standing Order.

Dated: November 12, 2021

By: */s/ Gillian L. Wade*

GILLIAN L. WADE
MARC A. CASTANEDA
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024

JOEL OSTER
Oster Law Firm
Of Counsel to the Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams*

*/s/ John J. Rosenthal*

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

RAKESH KILARU
Wilkinson Stekloff LLP
rkilaru@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

*Counsel for Monsanto Company*

2