# EXHIBIT A

Patrick J. Stueve, Mo. Bar #37682
Todd E. Hilton, Mo. Bar #51388
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
stueve@stuevesiegel.com
hilton@stuevesiegel.com

Don M. Downing, Mo. Bar #30405
Gretchen Garrison, Mo. Bar #33963
Cort A. VanOstran, Mo. Bar #67276
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
ddowning@grgpc.com
ggarrison@grgpc.com
cvanostran@grgpc.com

*Attorneys for Proposed Intervenors*
*Ryan Tomlinson and Carol Richardson*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document related to:<br><br>*Gilmore v. Monsanto*, Case No. 21-cv-08159 | **DECLARATION OF DON M. DOWNING IN SUPPORT OF MOTION FOR INTERVENTION**<br><br>Date/Time: March 3, 2022, 2:00 p.m.<br>Via Zoom Webinar<br>Hon. Vince G. Chhabria |

I, DON M. DOWNING, declare:

1.  I am an attorney admitted to practice before the courts of the State of Missouri. I am a partner at Gray Ritter Graham and I represent the proposed intervenors Ryan Tomlinson and Carol Richardson ("*Tomlinson* plaintiffs"). I am competent to testify to the matters set forth in this

declaration, and, if called to do so, I would and could so testify. I submit this declaration in support of proposed intervenors' motion for intervention as outlined below.

2. Monsanto and *Gilmore* plaintiffs seek preliminary approval of a proposed settlement in which *Tomlinson* plaintiffs are putative class members and whose claims would, if approved, be released.

3. I conferred with counsel for Monsanto on January 7, 2022, and counsel for Gilmore plaintiffs on January 6, 2022, both of which expressed that they have no objection to intervention for purposes of *Tomlinson* plaintiffs' opposition to a motion for certification and preliminary approval. Monsanto and *Gilmore* plaintiffs have indicated, however, that they will oppose intervention for purposes of obtaining discovery.

4. Monsanto's position is also that *Tomlinson* plaintiffs cannot seek any discovery unless they formally intervene for that purpose.

5. *Tomlinson* plaintiffs are contemporaneously filing motions for intervention and discovery. Their motion for intervention addresses why they meet requirements for intervention under Rules 24(a)(2) and 24(b)(1). The proposed motion for discovery addresses why *Tomlinson* plaintiffs believe discovery is appropriate.

6. Neither counsel for Monsanto nor counsel for *Gilmore* plaintiffs articulated their reasoning for refusing to provide discovery.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 21, 2022, in St. Louis, Missouri.

Don M. Downing
*Counsel for Proposed Intervenors*
*Ryan Tomlinson and Carol Richardson*