UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT GILMORE, JAMES WEEKS, PAUL TAYLOR, SHERRY HANNA, AMANDA BOYETTE, JULIO EZCURRA, ANTHONY JEWELL, and KRISTY WILLIAMS | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:21-cv-8159 |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF BRANDON SCHWARTZ
REGARDING CLAIMS ADMINISTRATION**

I, Brandon Schwartz, declare:

1. I am the Director of Notice for Postlethwaite & Netterville, APAC ("P&N"), a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs. P&N was appointed by the Court to administer the Settlement in the above-referenced matter (the "Action"),[1] including executing the Parties' proposed Notice Plan (ECF No. 14486-4) and administering the claims process. The following statements are based on my personal knowledge as well as information provided by other experienced P&N employees working under my supervision.

2. Pursuant to the Court's Order Granting Preliminary Approval, ECF No. 14966 ("PA Order"), the Notice Plan commenced within fourteen (14) days after the date of the PA Order and ran for a period of one hundred (100) days, i.e. from July 5, 2022 until September 29, 2022.

3. Class Members who wished to participate in the Settlement and file claims were instructed to submit their completed and signed Claims Forms to P&N postmarked or submitted online no later than one hundred and twenty (120) days after the date of the PA Order (the "Claims Deadline"), which was October 19, 2022.

4. Following the Claims Deadline, P&N has engaged in an ongoing review of the claims submitted to date. As of October 28, 2022, the value of total valid claims made by Class Members ranges from $12,399,326.50 on the low end (representing 227,527 total valid claims) and $14,201,305.00 on the high end (representing 231,413 total valid claims), pending review of certain claims yet to be reviewed and deficient claims (claims submitted with product values exceeding the threshold [one Product for each year of the Class Period] and/or with claimed purchases of the three Products that require proof of purchase, for which the documents submitted by the claimant did not substantiate the products claimed). All deficient claims will be sent a

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning ascribed to them in the Settlement Agreement, ECF No. 14486-1 at Ex. 1 (the "Settlement").

2

deficiency notice with an opportunity to cure the defect. The estimated average payment per individual Class Member ranges from $53.80 on the low end and $61.37 on the high end (pending further review).

5. As of October 31, 2022, the cost of Class Notice is $446,449 and Claims Administration Expenses are presently $135,080. P&N anticipates incurring $245,433 in additional fees and costs for a total Claims Administration Expense of $826,962.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 31st day of October 2022 in Portland, Oregon.

_____
Brandon Schwartz