MILSTEIN JACKSON FAIRCHILD & WADE

10990 Wilshire Boulevard
Eighth Floor
Los Angeles, CA 90024
T: (310) 396-9600 F: (310) 396-9635
www.mjfwlaw.com

November 14, 2022

**BY CMF/ECF**

The Honorable Vince Chhabria
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Gilmore, et al. v. Monsanto Co.*, No. 3:21-cv-08159-VC - Claims Form on Settlement Website

Dear Judge Chhabria:

Class Counsel submits this letter to inform the Court of an issue regarding the closing of the online Claim Form system in this proposed nationwide class action settlement, and the parties' response.

The claims period closed on October 19, 2022, per paragraph 21 of this Court's June 21, 2022 Order Granting Plaintiffs' Motion for Preliminary Approval, Dkt. No. 121 ("PA Order"). On Friday, October 21, 2022, a person reached out to the Claims Administrator and Class Counsel to complain that he attempted to access the online Claim Form at 10:37 p.m. PST on October 19 and was unable to do so. Because this individual has not provided his full name, he will be referred to as "Person A".

Class Counsel immediately responded to Person A and took steps to determine why the Claim Form was not accessible to him. After discussions with the Claims Administrator, the Claims Administrator confirmed that its servers are in the Central Time zone and, by default, the online Claim Form portal closed at midnight Central Time on October 20, 2022. Accordingly, the Claim Form on the Settlement Website was inaccessible after 10:00 p.m. Pacific Time on October 19th. The exact time in which the online Claim Form portal would close was not specified in the Settlement Agreement, the PA Order, nor any notice materials.

The Claims Administrator emailed Person A to provide him with a direct link where he could submit an online claim. Class Counsel also spoke with him to discuss the issue and learned that Person A is not a Class Member, but told us he was trying to help his father-in-law make a claim. Class Counsel requested the identity of Person A's father-in-law so that in the event he submitted a claim it would not be rejected as untimely. Person A declined this request, and also does not wish to disclose his own identity (Class Counsel only knows Person A's first name and email address). Person A informed us that his father-in-law had not yet made a claim, and he does not believe his father-in-law intends to do so. It is not known whether Person A's father-in-law has since made a claim. Person A also mentioned that a friend of his father-in-law encountered the same issue, but he did not provide any additional information about this potential claimant when asked. Accordingly, we do not believe there are further steps that can or should be taken with respect to Person A or his father-in-law.

November 14, 2022
Page 2

One person submitted a paper claim postmarked the date after the claims period closed that noted they were unable to submit an online claim the previous evening. That claim will be processed by the Claims Administrator as if timely. No other person has contacted Class Counsel or the Claims Administrator about this issue.

Class Counsel has conferred with Defendant's counsel and the Claims Administrator about what additional steps can be taken to address the issue, and agree the following steps are appropriate. First, the Claims Administrator can identify electronically anyone who had started a claim in the hours before the portal closed and did not complete the claims process. The Claims Administrator will notify such potential claimants that, if they were affected by this issue, they will have until November 25 to submit an online Claim Form.

Second, absent Your Honor's objection, we have begun to move forward with the following additional steps to address this issue:

- The Claims Administrator has posted the following information on the Settlement Website landing page and the Claim Form page: "On October 19, 2022, the Claim Form was inaccessible from 10:00 p.m. Pacific Time until midnight. If you attempted to access the Claim Form in this timeframe and wish to make a claim, please click HERE." Upon clicking on the link, Settlement Class Members may provide their name and email address and click an attestation box to receive a link to the online Claim Form.

- Any Settlement Class Member who completes the form or otherwise contacts the Claims Administrator or Class Counsel by November 25, 2022 and attests that they were affected by this issue will be permitted to make a claim.

- The Claims Administrator will contact those individuals who sent in paper Claim Forms postmarked within one week of October 19th to determine why the claim was late and whether the tardiness is related to this issue. If so, their claim will not be denied for untimeliness.

We will be prepared to address this issue at the final approval hearing scheduled for January 12, 2023, and will provide up-to-date claims data with the motion for final approval that will be filed on November 28, 2022. If the Court wishes to further address this issue in advance of the hearing, we will be available for a status conference at the Court's convenience.

Respectfully submitted,

*/s/ Gillian L. Wade*

Gillian L. Wade

cc:  All Counsel of Record (By CM/ECF)