UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Gilmore v. Monsanto Co.*,<br>Case No. 3:21-cv-08159 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 283: REGARDING APPEARANCES AT THE HEARING ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 15865, 15701, 15778 |

    The Court has set a hearing on the motion for final approval of the class action settlement on January 12, 2023. In addition to counsel for the plaintiffs and the proposed class, anyone who has filed an objection to the motion will be permitted to participate in oral argument.

    At the hearing, the Court will also hear argument on the motion for attorney's fees filed by lead MDL plaintiff's counsel (Dkt. No. 15701). The Court does not need oral argument on the motion for attorney's fees filed by the Leonard Objectors (Dkt. No. 15778) and will decide that motion on the briefs.

    Everyone wishing to participate in the hearing, including counsel for the plaintiffs, proposed class, and defendants, must email VCCRD@cand.uscourts.gov and identify: (1) the name of the attorney who will be participating; (2) who that attorney represents; and (3) the docket number of the relevant brief. Anyone who has already emailed the courtroom deputy must re-email, following the guidelines of this order. All emails must be sent by January 12, 2023, at 8:00 a.m. Failure to send an email by this time could result in denial of the right to

appear.

**IT IS SO ORDERED.**

Dated: January 11, 2023

_____
VINCE CHHABRIA
United States District Judge